UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BANKS JONES,

    Plaintiff,

v.                                               Case No. 3:15cv522/RV/CJK

DEBORAH LEE JAMES,
Secretary, Department of the Air Force,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 1, 2016 (doc. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, the court hereby ORDERS and ADJUDGES as follows:

    1.    Defendant's motion for summary judgment (doc. 5) is GRANTED and plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

2. The clerk be directed to close the file.

DONE AND ORDERED this 1st day of December, 2016.

/s/ *Roger Vinson*
**Roger Vinson**
**Senior United States District Judge**

Case No. 3:15cv522/RV/CJK